IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| HEIDI EICHNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.11-cv-3-JPS |
| JP MORGAN CHASE BANK, NA et al. | ) ) |
| Defendants. | ) ) ) |

NOTICE OF DISMISSAL

THE PLAINTIFF, Heidi Eichner, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this case is dismissed without prejudice. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 16th day of March 2011.

S/ Robert K. O'Reilly (SBN 1027032)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
roreilly@ademilaw.com
tel (414) 482-8000
fax (414) 482-8001